UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
HUATAI INSURANCE COMPANY OF CHINA          :
LIMITED,
                   Plaintiff,     :

        v.                                :

M/V "TAINO MAIDEN" V. 12, her boilers,     :     **ECF**
engines, tackle, etc., *in rem*,                 **RULE 7.1 STATEMENT**
                                       :
       -and-                                     **07 Civ. 11280(MGC)**
                                       :

TBS SHIPPING SERVICES INC., ROYMAR        :
SHIP MANAGEMENT INC., VIKING
INTERNATIONAL TRANSPORTATION CO.,         :
LTD., SUN LINE INTERNATIONAL
TRANSPORTATION CO. LTD., TBS PACIFIC      :
LINER, LTD.,
                                       :
                Defendants.
------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants, TBS SHIPPING SERVICES INC., ROYMAR SHIP MANAGEMENT INC. and TBS PACIFIC LINER, LTD., certifies that their corporate parent is TBS International Limited, the shares of which corporate parent are publicly held.

       The undersigned further certifies that there are no corporate parents, affiliates and/or subsidiaries of defendant, VIKING INTERNATIONAL CARRIERS INC., the shares of which are publicly held.

Dated:   New York, New York
         February 4, 2008

                                CARDILLO & CORBETT
                                Attorneys for Defendants
                                TBS SHIPPING SERVICES, INC., ROYMAR
                                SHIP MANAGEMENT INC., VIKING
                                INTERNATIONAL CARRIERS INC. and TBS
                                PACIFIC LINER, LTD.

                            By: _____
                                Tulio R. Prieto (TP 8455)

                                Office & P.O. Address
                                29 Broadway
                                New York, New York 10006
                                Tel: (212) 344-0464
                                Fax: (212) 797-1212

TO:   Badiak & Will
      106 Third Street
      Mineola, New York 11501-4404
      Ref: 07-W-006-AW