```
            BADIAK & WILL, LLP
            ATTN:
U.S. DISTRICT SOUTHERN COURT        NEW YORK   COUNTY
------------------------------------------------
                                                    Index No. 07 CV 11280
HUATAI INSURANCE COMPANY OF CHINA        plaintiff
LIMITED                                             Date Filed ............
                 - against -
                                                    Office No. 07-W-006-AW
M/V "TAINO MAIDEN" V.12, ETAL           defendant
                                                    Court Date:    /  /
------------------------------------------------
      STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:
```

**HOWARD NEALY**   being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **17th** day of **January, 2008** at **02:42 PM.**, at
   **612 EAST GRASSY SPRAIN RD.**
   **YONKERS, NY 10710**

I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **SUN LINE INTERNATIONAL TRANSPORTATION CO**
**a domestic corporation,** the **DEFENDANT** therein named by delivering to, and leaving personally with
         **VLADIMIR DURANDIN, MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
   SEX: **MALE**       COLOR: **WHITE**       HAIR: **BROWN**
   APP. AGE: **35**    APP. HT: **5:9**       APP. WT: **160**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
28th  day of January,         2008n
JOEL GOLUB                                    HOWARD NEALY
Notary Public, State of New York              AETNA CENTRAL JUDICIAL SERVICES
     No.01G04751136                           225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY                    NEW YORK, NY, 10007
Commission Expires 12/31/2009                 Reference No: 3BWM103204

Form 07 - CORPORATION

BADIAK & WILL, LLP
ATTN:

U.S. DISTRICT SOUTHERN COURT        NEW YORK COUNTY
------------------------------------------------------

HUATAI INSURANCE COMPANY OF CHINA        plaintiff         Index No. 07 CV 11280
LIMITED
                                                           Date Filed ............
              - against -
                                                           Office No. 07-W-006-AW
M/V "TAINO MAIDEN" V.12, ETAL            defendant
                                                           Court Date:   /  /
------------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**HOWARD NEALY**     being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the
**17th** day of **January, 2008**  at **02:42 PM.,**   at
   **612 EAST GRASSY SPRAIN RD.**
   **YONKERS, NY 10710**

I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **SUN LINE INTERNATIONAL TRANSPORTATION CO**
**a domestic corporation,** the  **DEFENDANT**  therein named by delivering to, and leaving personally with
        **VLADIMIR DURANDIN, MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
     SEX: **MALE**          COLOR: **WHITE**          HAIR: **BROWN**
     APP. AGE: **35**       APP. HT: **5:9**          APP. WT: **160**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
28th   day of  January,         2008n
JOEL GOLUB                                       HOWARD NEALY
Notary Public, State of New York                 AETNA CENTRAL JUDICIAL SERVICES
    No.01G04751136                               225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY                       NEW YORK, NY, 10007
Commission Expires 12/31/2009                    Reference No: 3BWM103204