```
            BADIAK & WILL, LLP
            ATTN:
U.S. DISTRICT SOUTHERN COURT      NEW YORK COUNTY
--------------------------------------------------------
                                              Index No. 07 CV 11280
HUATAI INSURANCE COMPANY OF CHINA    plaintiff
LIMITED                                       Date Filed ............
                - against -
                                              Office No. 07-W-006-AW
M/V "TAINO MAIDEN"V.12, ETAL         defendant
                                              Court Date:    / /
--------------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:
```

**HOWARD NEALY** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **17th** day of **January, 2008** at **02:42 PM.**, at
   **612 EAST GRASSY SPRAIN RD.**
   **YONKERS, NY 10710**

I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **ROYMAR SHIP MANAGEMENT INC.**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
         **VLADIMIR DURANDIN, MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
         SEX: **MALE**          COLOR: **WHITE**       HAIR: **BROWN**
         APP. AGE: **35**       APP. HT: **5:9**       APP. WT: **160**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
28th day of January,       2008n                  ..................................
                                                  HOWARD NEALY
JOEL GOLUB                                        AETNA CENTRAL JUDICIAL SERVICES
Notary Public, State of New York                  225 BROADWAY, SUITE 1802
   No.01G04751136                                 NEW YORK, NY, 10007
Qualified in NASSAU COUNTY                        Reference No: 3BWM103202
Commission Expires 12/31/2009

```
              BADIAK & WILL, LLP
              ATTN:
U.S. DISTRICT SOUTHERN COURT       NEW YORK   COUNTY
```
---

HUATAI INSURANCE COMPANY OF CHINA        plaintiff
LIMITED
              - against -

M/V "TAINO MAIDEN"V.12, ETAL            defendant

Index No. **07 CV 11280**

Date Filed ............

Office No. **07-W-006-AW**

Court Date:   /  /

---

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**HOWARD NEALY**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **17th** day of **January, 2008** at **02:42 PM.**,   at
   **612 EAST GRASSY SPRAIN RD.**
   **YONKERS, NY 10710**

I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **ROYMAR SHIP MANAGEMENT INC.**
**a domestic corporation, the  DEFENDANT**  therein named by delivering to, and leaving personally with
   **VLADIMIR DURANDIN, MANAGING AGENT**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
   SEX: **MALE**       COLOR: **WHITE**     HAIR: **BROWN**
   APP. AGE: **35**    APP. HT: **5:9**     APP. WT: **160**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
28th  day of  January,        2008n

JOEL GOLUB
Notary Public, State of New York
  No.01G04750136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

HOWARD NEALY
AETNA  CENTRAL  JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM103202