Form 07 - CORPORATION
BADIAK & WILL, LLP
ATTN:
U.S. DISTRICT SOUTHERN COURT      NEW YORK   COUNTY
---------------------------------------------------------

| | |
|---|---|
| HUATAI INSURANCE COMPANY OF CHINA LIMITED        plaintiff | Index No. **07 CV 11280** |
| - against - | Date Filed ............ |
| | Office No. **07-W-006-AW** |
| M/V "TAINO MAIDEN" V.12, ETAL        defendant | Court Date:   /   / |

---------------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK              :SS:

**HOWARD NEALY**      being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **17th** day of **January, 2008** at **02:43 PM.**,    at
    612 EAST GRASSY SPRAIN RD.
    YONKERS, NY 10710

I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **JUDGES RULES**

upon **TBS SHIPPING SERVICES INC.**
**a domestic corporation, the  DEFENDANT**  therein named by delivering to, and leaving personally with
        **VLADIMIR DURANDIN, MANAGING AGENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
        SEX: **MALE**         COLOR: **WHITE**      HAIR: **BROWN**
        APP. AGE: **35**      APP. HT: **5:9**      APP. WT: **160**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
28th  day of  January,        2008n

JOEL GOLUB
Notary Public, State of New York
    No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

.......................
HOWARD NEALY
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM103201

Form 07 - CORPORATION
     BADIAK & WILL, LLP
        ATTN:
U.S. DISTRICT SOUTHERN COURT     NEW YORK    COUNTY
-----------------------------------------------------

HUATAI INSURANCE COMPANY OF CHINA        plaintiff
LIMITED
                    - against -

M/V "TAINO MAIDEN"V.12, ETAL            defendant

-----------------------------------------------------

Index No. **07 CV 11280**

Date Filed ............

Office No. **07-W-006-AW**

Court Date:   /  /

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**HOWARD NEALY**     being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **17th** day of **January, 2008** at **02:43 PM.**, at
     **612 EAST GRASSY SPRAIN RD.**
     **YONKERS, NY 10710**

I served a true copy of the
     **SUMMONS AND COMPLAINT**
     **JUDGES RULES**

upon **TBS SHIPPING SERVICES INC.**
**a domestic corporation, the  DEFENDANT**  therein named by delivering to, and leaving personally with
        **VLADIMIR DURANDIN, MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
        SEX: **MALE**        COLOR: **WHITE**      HAIR: **BROWN**
        APP. AGE: **35**     APP. HT: **5:9**      APP. WT: **160**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
28th   day of   January,          2008n

JOEL GOLUB
Notary Public, State of New York
    No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

.................................
HOWARD NEALY
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM103201