Form 07 - CORPORATION

### BADIAK & WILL, LLP
#### ATTN:
U.S. DISTRICT SOUTHERN COURT      NEW YORK  COUNTY

------------------------------------------------------

|  |  |
|---|---|
| HUATAI INSURANCE COMPANY OF CHINA      plaintiff<br>LIMITED | Index No. **07 CV 11280** |
| - against - | Date Filed  ............. |
|  | Office No. **07-W-006-AW** |
| M/V "TAINO MAIDEN"V.12, ETAL      defendant | Court Date:   /  / |

------------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**HOWARD NEALY**     being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **17th** day of **January, 2008  at 02:42 PM.,    at**
      **612 EAST GRASSY SPRAIN RD.**
      **YONKERS, NY 10710**

I served a true copy of the
      **SUMMONS AND COMPLAINT**
      **JUDGES RULES**

upon **TBS PACIFIC LINER, LTD.**
**a domestic corporation, the  DEFENDANT** therein named by delivering to, and leaving personally with
          **VLADIMIR DURANDIN, MANAGING AGENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
          SEX: **MALE**          COLOR: **WHITE**      HAIR: **BROWN**
          APP. AGE: **35**       APP. HT: **5:9**      APP. WT: **160**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
28th  day of  January,          2,008n

JOEL GOLUB
Notary Public, State of New York
    No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

.............................
HOWARD NEALY
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM103205

Form 07 - CORPORATION

          **BADIAK & WILL, LLP**
          **ATTN:**
U.S. DISTRICT SOUTHERN COURT    NEW YORK  COUNTY
------------------------------------------------------

HUATAI INSURANCE COMPANY OF CHINA        plaintiff
LIMITED
                    - against -

M/V "TAINO MAIDEN"V.12, ETAL            defendant
------------------------------------------------------

Index No. **07 CV 11280**

Date Filed . . . . . . . . . . . .

Office No. **07-W-006-AW**

Court Date:    **/  /**

      STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**HOWARD NEALY**     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the State of New York. That on the
**17th** day of **January, 2008   at 02:42 PM.,    at**
      **612 EAST GRASSY SPRAIN RD.**
      **YONKERS, NY 10710**

I served a true copy of the
      **SUMMONS AND COMPLAINT**
      **JUDGES RULES**

upon **TBS PACIFIC LINER, LTD.**
**a domestic corporation, the   DEFENDANT**  therein named by delivering to,
and leaving personally with
         **VLADIMIR DURANDIN, MANAGING AGENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the service as follows:
         SEX: **MALE**         COLOR: **WHITE**      HAIR: **BROWN**
         APP. AGE: **35**      APP. HT: **5:9**      APP. WT: **160**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
28th  day of  January,          2008n

JOEL GOLUB
Notary Public, State of New York
    No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .
HOWARD NEALY
AETNA  CENTRAL  JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM103205