Form 07 - CORPORATION
BADIAK & WILL, LLP
ATTN:
U.S. DISTRICT SOUTHERN COURT      NEW YORK COUNTY
------------------------------------------------------

HUATAI INSURANCE COMPANY OF CHINA      plaintiff
LIMITED
                 - against -

M/V "TAINO MAIDEN" V.12, ETAL          defendant

------------------------------------------------------

Index No. 07 CV 11280

Date Filed ............

Office No. 07-W-006-AW

Court Date:   /   /

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

HOWARD NEALY    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the 17th day of January, 2008 at 02:42 PM., at
    612 EAST GRASSY SPRAIN RD.
    YONKERS, NY 10710

I served a true copy of the
    SUMMONS AND COMPLAINT
    JUDGES RULES

upon VIKING INTERNATIONAL CARRIERS INC.
a domestic corporation, the DEFENDANT therein named by delivering to, and leaving personally with
        VLADIMIR DURANDIN, MANAGING AGENT

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
      SEX: MALE           COLOR: WHITE         HAIR: BROWN
      APP. AGE: 35        APP. HT: 5:9         APP. WT: 160

OTHER IDENTIFYING FEATURES:


Sworn to before me this
28th   day of January,         2008n
JOEL GOLUB
Notary Public, State of New York
    No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

HOWARD NEALY
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM103203

Form 07 - CORPORATION
BADIAK & WILL, LLP
ATTN:
U.S. DISTRICT SOUTHERN COURT    NEW YORK COUNTY
--------------------------------------------------
HUATAI INSURANCE COMPANY OF CHINA        plaintiff
LIMITED
                  - against -

M/V "TAINO MAIDEN" V.12, ETAL            defendant

--------------------------------------------------

Index No. **07 CV 11280**

Date Filed ............

Office No. **07-W-006-AW**

Court Date:   / /

STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:

**HOWARD NEALY**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **17th** day of **January, 2008 at 02:42 PM.,** at
    **612 EAST GRASSY SPRAIN RD.**
    **YONKERS, NY 10710**

I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **JUDGES RULES**

upon **VIKING INTERNATIONAL CARRIERS INC.**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
        **VLADIMIR DURANDIN, MANAGING AGENT**

a true copy of each thereof.

  Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
        SEX: **MALE**         COLOR: **WHITE**      HAIR: **BROWN**
        APP. AGE: **35**      APP. HT: **5:9**      APP. WT: **160**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
28th  day of  January,           2008n
JOEL GOLUB
Notary Public, State of New York
    No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

HOWARD NEALY
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM103203