## BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

106 THIRD STREET
MINEOLA, NY 11501-4404

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

March 19, 2008

**VIA ECF AND MAIL**

Honorable Miriam Goldman Cedarbaum
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: "TAINO MAIDEN" V.12
07 Civ. 11280 (MGC)
Our Ref.: 07-W-006-AW/LS

Dear Honorable Madam:

We represent plaintiff in the captioned matter.

As directed by the Court at the February 21, 2008 conference, we write to provide the Court with a status report.

The parties have been unable to settle or reach any agreement with respect to arbitration. The defendants represented in this action intend to move to stay pending arbitration. We therefore respectfully request another conference to address these issues.

We thank the Court for its attention to this matter.

Very truly yours,

BADIAK & WILL, LLP

LISA A. SCOGNAMILLO

cc: Tulio R. Prieto
Cardillo & Corbett
29 Broadway, Suite 1710
New York, New York 10006

LAS:jm