# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

106 THIRD STREET
MINEOLA, NY 11501-4404

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

April 21, 2008

**VIA TELEFAX & ECF 212-805-7905**

Honorable Judge Miriam Goldman Cedarbaum
United States District Courthouse
500 Pearl Street
New York, New York 10007

RE::   Huatai Insurance Company of China Limited v.
       M/V "TAINO MAIDEN" et al.
       07 Civ. 11280 (MGC)
       Our Ref.: 07-W-006-AW/LS

Honorable Judge Miriam Goldman Cedarbaum:

   Further to our letter of earlier today, we attach a fully executed Stipulation of Dismissal and Discontinuance in connection with the above-referenced matter.

   We thank the Court for it's kind attention to this matter.

                                        Respectfully submitted,

                                        BADIAK & WILL, LLP

                                        LISA A. SCOGNAMILLO

LAS/lmw
Enc.
cc:    **VIA TELEFAX & ECF 212-797-1212**
       Attn: Tulio R. Prieto
       Cardillo & Corbett
       29 Broadway, Suite 1710
       New York, New York 10006

BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-W-006-AW/LS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

HUATAI INSURANCE COMPANY OF CHINA LIMITED,

       Plaintiff,

 -against-

M/V "TAINO MAIDEN" V. 12, her boilers, engines, tackle, etc., *in rem*,

 -and-

TBS SHIPPING SERVICES INC., ROYMAR SHIP MANAGEMENT INC., VIKING INTERNATIONAL CARRIERS INC., SUN LINE INTERNATIONAL TRANSPORTATION CO., LTD., TBS PACIFIC LINER, LTD.,

       Defendants.
-------------------------------------------------------------------X

07 Civ. 11280 (MGC)

**STIPULATION OF DISMISSAL AND DISCONTINUANCE**

  **PLEASE TAKE NOTICE**, that it is hereby stipulated and agreed by and between the parties that this matter, having been settled, is hereby discontinued and dismissed without costs and with prejudice.

DATED: New York, New York
     April 21, 2008

           BADIAK & WILL, LLP
           Attorneys for Plaintiff

        By: _____
          LISA ANN SCOGNAMILLO (LAS-7706)
          106 Third Street
          Mineola, New York 11501-4404
          (516) 877-2225
          Our Ref.: 07-W-006-AW/LS

CARDILLO & CORBETT
Attorneys for Defendants
TBS SHIPPING SERVICES, INC.,
ROYMAR SHIP MANAGEMENT INC.,
VIKING INTERNATIONAL CARRIERS
INC., and TBS PACIFIC LINER, LTD.

By: *(signature)*
Tulio R. Prieto (TP-8455)
29 Broadway
New York, New York 10006
(212) 344-0464

**SO ORDERED:**

_____
HONORABLE MIRIAM GOLDMAN CEDARBAUM
U.S.D.J.