BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-W-006-AW/LS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HUATAI INSURANCE COMPANY OF CHINA
LIMITED,

                Plaintiff,

-against-

M/V "TAINO MAIDEN" V. 12, her boilers, engines, tackle, etc., *in rem*,

-and-

TES SHIPPING SERVICES INC., ROYMAR SHIP MANAGEMENT INC., VIKING INTERNATIONAL CARRIERS INC., SUN LINE INTERNATIONAL TRANSPORTATION CO., LTD., TBS PACIFIC LINER, LTD.,

                Defendants.
---------------------------------------------------------------X

07 Civ. 11280 (MGC)

**STIPULATION OF DISMISSAL AND DISCONTINUANCE**

    **PLEASE TAKE NOTICE**, that it is hereby stipulated and agreed by and between the parties that this matter, having been settled, is hereby discontinued and dismissed without costs and with prejudice.

DATED:    New York, New York
             April 21, 2008

                                      BADIAK & WILL, LLP
                                      Attorneys for Plaintiff
                                      By: _____
                                      LISA ANN SCOGNAMILLO (LAS-7706)
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-W-006-AW/LS

CARDILLO & CORBETT
Attorneys for Defendants
TBS SHIPPING SERVICES, INC.,
ROYMAR SHIP MANAGEMENT INC.,
VIKING INTERNATIONAL CARRIERS
INC., and TBS PACIFIC LINER, LTD.

By: _____
Tulio R. Prieto (TP-8455)
29 Broadway
New York, New York 10006
(212) 344-0464

SO ORDERED:

_____
HONORABLE MIRIAM GOLDMAN CEDARBAUM
U.S.D.J.

April 22, 2008